

# NUMBER 13-25-00401-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE JONATHON PATRICK SIMONS

## ON PETITION FOR WRIT OF MANDAMUS

## MEMORANDUM OPINION

**Before Chief Justice Tijerina and Justices West and Fonseca**
**Memorandum Opinion by Justice Fonseca[1]**

Relator Jonathon Patrick Simons filed a petition for writ of mandamus seeking to compel the trial court to vacate a contempt order on grounds that it is void in whole or in part. Relator also filed an emergency motion seeking to stay enforcement of the contempt order. By order previously issued in this case, the Court granted relator's emergency

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so. When granting relief, the court must hand down an opinion as in any other case."); *id.* R. 47.4 (distinguishing opinions and memorandum opinions).

motion, stayed the contempt order, and requested the real party in interest, Heather Nicole Simons, to file a response to the petition for writ of mandamus. The real party in interest has now filed her response to the petition for writ of mandamus. According to the response, the real party in interest "does not oppose" and "does not challenge" relator's request to vacate the contempt order.

The Court, having examined and fully considered the petition for writ of mandamus and the response thereto, is of the opinion that the petition for writ of mandamus should be granted. Accordingly, we lift the stay previously imposed in this case. *See* TEX. R. APP. P. 52.10. We conditionally grant the petition for writ of mandamus, and we direct the trial court to vacate its contempt order of July 15, 2025. Our writ will issue only if the trial court fails to promptly comply.

YSMAEL D. FONSECA
Justice

Delivered and filed on the
12th day of September, 2025.

2